In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Trustee under the Will of CHARLES J. FROMBERG, Deceased, Respondent. ROBERT L. HOWARD et al., Appellants; MORTON FROMBERG, Respondent.

Submitted May 25, 1953; decided May 29, 1953.

*Emanuel Harris* and *Max E. Greenberg* for motion.

*Jonas J. Shapiro* and *Emanuel Schwartz* opposed.

Motion denied. Appellant's brief to be served on or before July 1, 1953.